UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOUR SEASONS ROOFING AND REMODEL SERVICES INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SPECIALTY INSURANCE COMPANY, a foreign insurance company, EVANSTON INSURANCE COMPANY fka ALTERRA EXCESS AND SURPLUS COMPANY, a foreign corporation; INTERNATIONAL INSURANCE COMPANY OF HANOVER, a foreign corporation; FIRST MERCURY INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No.<br><br>**DEFENDANT FIRST MERCURY INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441(a)** |

TO: The Clerk of the United States District Court for the Western District of Washington at Seattle

AND TO: Plaintiff, and her counsel of record, Rima I. Ghandour

Defendant International Insurance Company of Hanover, and its counsel of record, Gary Sparling

DEFENDANT UNITED SPECIALTY INSURANCE COMPANY'S
NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. § 1441(a)  – 1

Lether & Associates PLLC.
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Please take Notice that First Mercury Insurance Company (hereinafter referred to as "FMIC") hereby removes to this Court the state court action described below:

## I. THE SUBJECT ACTION

1. On June 17, 2018, Plaintiff Four Seasons Roofing (hereinafter "Plaintiff") began an action in the Superior Court of Washington for Snohomish, which was assigned cause number 19-2-05439-31. The Complaint named "First Mercury Insurance Company" as a defendant, among others.

2. On June 24, 2019, Plaintiff filed an Amended Complaint. A copy of the Amended Complaint is attached hereto as **Exhibit A.**

3. Plaintiff served a copy of an Amended Summons and the Amended Complaint on the Washington Office of Insurance Commissioner of June 26, 2019. A copy of the Amended Summons is attached hereto as **Exhibit B**. A copy of the Washington Office of Insurance Commissioners' Acceptance of Service is attached hereto as **Exhibit C**.

4. On July 2, 2019, FMIC received from the Office of Insurance Commissioner Plaintiff's Amended Summons and Amended Complaint.

## II. DIVERSITY OF CITIZENSHIP

5. Plaintiff is Washington Corporation, with its principal place of business in the State of Washington.

6. FMIC is a foreign insurance company organized under the laws of the State of Delaware with its statutory place of business in the State of New Jersey.

7. Defendant United Specialty Insurance Company is foreign insurance company organized under the laws of the State of Delaware with its principal place of business in the State of Texas.

DEFENDANT UNITED SPECIALTY INSURANCE COMPANY'S
NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. § 1441(a) – 2

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

8. Defendant Evanston Insurance Company fka Alterra Excess and Surplus Company organized under laws of the State of Illinois with its principal place of business in the State of Illinois.

9. Defendant International Insurance Company of Hanover[1] is foreign company organized under the laws of Germany with its principal place of business in Germany.

### III.   AMOUNT IN CONTROVERSY

10. In the Amended Complaint, Plaintiff alleges that on November 2, 2015, a suit was filed by Marc Dahl and Julie Dahl against Plaintiff. See Exhibit A.

11. Plaintiff alleges that FMIC failed to respond to a tender for insurance coverage for the claims the Dahls made against the Plaintiff.

12. FMIC never received a tender of the lawsuit filed by the Dahls against Plaintiff.

13. Upon information and belief, Plaintiff eventually entered into a stipulated settlement and covenant not to execute with the Dahls, stipulating to a settlement of $80,000 and assigning all rights against its insurance carriers to the Dahls.

14. Plaintiff then filed this matter against FMIC and other insurance carriers, alleging both contractual and extra-contractual claims.

15. Plaintiff alleges claims against FMIC for Breach of Contract, Bad Faith, Negligent Claims Handling, violation of the Consumer Protection Act, and violation of the Washington Insurance Fair Conduct Act.

16. Plaintiff seeks damages, attorney fees, treble damages, exemplary damages up to $25,000 under the Consumer Protection Act, injunctive relief, interest and injunctive relief.

---

[1] Plaintiff names as a Defendant "International Insurance Company of Hanover." Upon information and belief, the intended defendant is "International Insurance Company of **Hannover**" (emphasis added).

DEFENDANT UNITED SPECIALTY INSURANCE COMPANY'S
NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. § 1441(a) – 3

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

17. The amount in controversy requirement may be satisfied by claims of general and unspecified damages, claims for attorney's fees authorized by law, and by punitive damages. *See, e.g.*, *Kroske v. U.S. Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005); *Gibson v. Chrysler Corp.*, 261 F.3d 927, 946 (9th Cir. 2001); *Galt v. Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998). When an unspecified amount of damages is alleged, the court may consider facts contained in the removal petition to determine whether the amount in controversy requirement has been met. *Kroske,* 432 F. 3d at 980 (citing, *Singer v. State Farm Mutual Auto. Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997).

18. Based upon the allegations of the Amended Complaint and the terms of the stipulated settlement as between Plaintiff and the Dahls, the amount in controversy requirement has clearly been met in this matter.

## IV.   JURISDICTION

19. For purposes of determining jurisdiction under 28 U.S.C. § 1332:

    a. FMIC is a citizen of Delaware and New Jersey.

    b. Plaintiff is a citizen of Washington.

    c. Defendant United Specialty Insurance Company is citizen of Texas and Delaware.

    d. Defendant Evanston Insurance Company fka Alterra Excess and Surplus Company is a citizen of Illinois.

    e. Defendant International Insurance Company of Hanover is a citizen of Germany.

20. Based upon the forgoing, diversity is complete.

DEFENDANT UNITED SPECIALTY INSURANCE COMPANY'S
NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. § 1441(a) – 4

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

## V. TIMELINESS

21. Plaintiff served the Amended Summons and Amended Complaint on the Office of Insurance Commissioner of June 26, 2019.

22. The Office of Insurance Commissioner delivered the Amended Summons and Amended Complaint to FMIC in July 2, 2019.

23. This Notice of Removal, filed on July 26, 2019, is timely under 28 U.S.C. §1446.

24. Counsel has appeared on behalf of Defendant International Insurance Company of Hannover and Evanston Insurance Company.

25. Both Defendants have consented to removal.

26. At this time, Counsel has not appeared for United Specialty Insurance Company.

## VI. COPIES OF PROCESS, PLEADINGS, ORDERS, AND MOTIONS IN STATE COURT PROCEEDINGS

27. In accordance with 28 U.S.C. §1446, attached to this notice as Exhibits A through E are true and correct copies of the pleadings, process, orders, additional records, and additional proceedings in the Superior Court of Washington.  These documents are:

  A. Amended Complaint;

  B. Amended Summons;

  C. The Office of Insurance Commissioner's Acceptance of Service; and

  D. Notice of Appearance for First Mercury Insurance Company filed by Thomas Lether, WSBA #18089;

  E. Notice of Appearance for United Specialty Insurance Company filed by Gary Sparling, WSBA #23208;

DEFENDANT UNITED SPECIALTY INSURANCE COMPANY'S
NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. § 1441(a) – 5

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

F. Second Amended Complaint;

G. Second Amended Summons.

Notice of this removal will be filed with the Clerk of the Snohomish County Superior Court and will be given to all other parties, in accordance with 28 U.S.C. §1446.

DATED this 26th day of July, 2019.

*s/ Thomas Lether*
*s/ Sam Colito*
Thomas Lether, WSBA #18089
Sam Colito, WSBA #42529
1848 Westlake Ave N., STE 100
Seattle, WA 98109
P: 206-467-5444
F: 206-467-5544
tlether@letherlaw.com
scolito@letherlaw.com
*Counsel for Defendant FMIC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

>Rima I. Ghandour
>Ghandour Law
>319 SW Washington Street, Suite 301
>Portland, OR 97204
>503-345-9255
>rima@ghandourlaw.com
>*Counsel for Plaintiff*
>
>Gary Sparling
>Soha and Lang
>1325 4th Ave., Ste. 2000
>Seattle, WA 98101
>*Counsel for International Insurance Company of Hanover*
>
>Michael McCormack
>Jon S. Bogdanov
>1700 Seventh Ave, Suite 1810
>Seattle, WA 98101-1397
>Michael.mccormack@bullivant.com
>Jon.bogdanov@bullivant.com
>*Counsel for Evanston Insurance Company*

**By:**   [X] First Class Mail   [X] E-mail/ECF   [ ] Legal Messenger

Dated this 26th day of July, 2019 at Seattle, Washington.

>*s/Elizabeth Kruh*
>Elizabeth Kruh, Paralegal