THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FOUR SEASONS ROOFING AND REMODEL SERVICES, INC., a Washington corporation,

    Plaintiff,

v.

UNITED SPECIALTY INSURANCE COMPANY, a foreign insurance company, EVANSTON INSURANCE COMPANY fka ALATERRA EXCESS AND SURPLUS COMPANY, a foreign corporation; INTERNATIONAL INSURANCE COMPANY OF HANOVER, a foreign corporation; FIRST MERCURY INSURANCE COMPANY, a foreign corporation,

    Defendants.

Case No. 2:19-cv-01166-MJP

**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**

NOTE ON MOTION CALENDAR: August 5, 2019

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate that the time for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint shall be extended to Friday, August 9, 2019.

STIPULATED and respectfully submitted 5th day of August, 2019.

| GHANDOUR LAW, LLC | LANE POWELL PC |
|---|---|
| BY: *s/ Rima I. Ghandour* | BY: *s/ Stephania Denton* |
|   Rima I. Ghandour, WSBA No. 42204 |   Stephania Denton, WSBA No. 21920 |
| Attorneys for Plaintiff | Attorneys for Defendant United Specialty Insurance Company |

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S AMENDED COMPLAINT: 2:19-CV-01166 - 1

999999.0040/7746393.1

BULLIVANT HOUSER BAILEY PC

By: *s/ Michael McCormack*
    Michael McCormack, WSBA No. 15006
    Jon S. Bogdanov, WSBA No. 52857
Attorneys for Defendant Evanston Insurance Company fka Alterra Excess and Surplus Company


LETHER & ASSOCIATES, PLLC

By: *s/ Sam Colito*
    Sam Colito, WSBA No. 42529
    Thomas Lether, WSBA No. 18080
Attorneys for Defendant First Mercury Insurance Company


SOHA & LANG, PS

By: *s/ Gary Sparling*
    Gary Sparling, WSBA NO. 23208
Attorneys for Defendant HDI Global Specialty SE fka International Insurance Company of Hannover SE

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S AMENDED COMPLAINT: 2:19-CV-01166 - 2

999999.0040/7746393.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendants shall have until Friday, August 9, 2019, to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

DATED this 7th day of August, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER EXTENDING DEADLINE
FOR DEFENDANTS TO ANSWER PLAINTIFF'S
AMENDED COMPLAINT: 2:19-CV-01166 - 3

999999.0040/7746393.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States, that on the 5th day of August, 2019, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to all CM/ECF participants.

| *Attorneys for Plaintiff:* <br><br> Rima I. Ghandour, WSBA No. 42204 <br> Ghandour Law, LLC <br> 319 SW Washington Street, Suite 301 <br> Portland, OR 97204 <br> rima@ghandourlaw.com | *Attorneys for Defendant Evanston Insurance Company fka Alterra Excess and Surplus Company:* <br><br> Michael McCormack, WSBA No. 15006 <br> Jon S. Bogdanov, WSBA No. 52857 <br> Bullivant Houser Bailey PC <br> 1700 Seventh Avenue, Suite 1810 <br> Seattle, WA 98101-1397 <br> michael.mccormack@bullivant.com <br> jon.bogdanov@bullivant.com |
|---|---|
| *Attorneys for Defendant First Mercury Insurance Company:* <br><br> Sam Colito, WSBA No. 42529 <br> Thomas Lether, WSBA No. 18089 <br> Lether & Associates, PLLC <br> 1848 Westlake Avenue N., Suite 100 <br> Seattle, WA 98109 <br> scolito@letherlaw.com <br> tlether@letherlaw.com | *Attorneys for Defendant HDI Global Specialty SE f/k/a International Insurance Company of Hannover SE*: <br><br> Gary Sparling, WSBA No. 23208 <br> Soha & Lang, PS <br> 1325 Fourth Avenue, Suite 2000 <br> Seattle, WA 981012570 <br> sparling@sohalang.com |

DATED this 5th day of August, 2019, at Seattle, Washington.

*s/ Lou Rosenkranz*
Lou Rosenkranz, Legal Assistant

STIPULATION AND ORDER EXTENDING DEADLINE
FOR DEFENDANTS TO ANSWER PLAINTIFF'S
AMENDED COMPLAINT: 2:19-CV-01166 - 4

999999.0040/7746393.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107