THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FOUR SEASONS ROOFING AND REMODEL SERVICES, INC., a Washington corporation,

Plaintiff,

v.

UNITED SPECIALTY INSURANCE COMPANY, a foreign insurance company; EVANSTON INSURANCE COMPANY fka ALATERRA EXCESS AND SURPLUS COMPANY, a foreign corporation; INTERNATIONAL INSURANCE COMPANY OF HANOVER, a foreign corporation; FIRST MERCURY INSURANCE COMPANY, a foreign corporation,

Defendants.

Case No. 2:19-cv-01166-MJP

**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANTS UNITED SPECIALTY INSURANCE COMPANY AND FIRST MERCURY INSURANCE COMPANY**

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties that all claims against Defendants United Specialty Insurance Company and First Mercury Insurance Company may be dismissed without prejudice and without an award of costs and fees to any party.

DATED this 13th day of November, 2019.

---

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANTS UNITED SPECIALTY INSURANCE COMPANY AND FIRST MERCURY INSURANCE COMPANY (Case No. 2:19-cv-01166-MJP) - 1

121711.0102/7834486.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| GHANDOUR LAW, LLC | LANE POWELL PC |
| By *s/ Rima I. Ghandour per e-mail authorization*<br>   Rima I. Ghandour, WSBA No. 42204<br>   rima@ghandourlaw.com<br>Attorneys for Plaintiff | By *s/ Stephania C. Denton*<br>   Stephania C. Denton, WSBA No. 21920<br>   dentons@lanepowell.com<br>Attorneys for Defendant United Specialty Insurance Company |
| BULLIVANT HOUSER BAILEY PC | LETHER & ASSOCIATES, PLLC |
| By *s/ Michael McCormack per e-mail authorization*<br>   Michael McCormack, WSBA No. 15006<br>   Michael.mccormack@bullivant.com<br>Attorneys for Defendant Evanston Insurance Company fka Alterra Excess and Surplus Company | By *s/ Sam Colito per e-mail authorization*<br>   Sam Colito, WSBA No. 42529<br>   Thomas Lether, WSBA No. 18089<br>   scolito@letherlaw.com<br>   tlether@letherlaw.com<br>Attorneys for Defendant First Mercury Insurance Company |

SOHA & LANG, PS

By *s/ Gary Sparling per e-mail authorization*
   Gary Sparling, WSBA No. 23208
   Sarah E. Davenport, WSBA No. 45269
   sparling@sohalang.com
   davenport@sohalang.co,m
Attorneys for Defendant HDI Global Specialty SE f/k/a International Insurance Company of Hannover SE

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFIDANTS UNITED SPECIALTY INSURANCE COMPANY AND FIRST MERCURY INSURANCE COMPANY (Case No. 2:19-cv-01166-MJP) - 2
121711.0102/7834486.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

[~~PROP~~OSED] ORDER

The above-named parties having stipulated for dismissal of the defendants United Specialty Insurance Company and First Mercury Insurance Company without prejudice and without costs or fees, and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that Defendants United Specialty Insurance Company and First Mercury Insurance Company are hereby dismissed from this matter without prejudice and without an award of costs or fees to any party.

DATED this 14 day of Nov., 2019.

_____
HONORABLE Marsha J. Pechman
Judge, U.S. District Court

Presented by:

LANE POWELL PC


BY: *s/ Stephania C. Denton*
    Stephania C. Denton, WSBA No. 21920
    dentons@lanepowell.com
Attorneys for Defendant United Specialty Insurance Company

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANTS UNITED SPECIALTY INSURANCE COMPANY AND FIRST MERCURY INSURANCE COMPANY (Case No. 2:19-cv-01166-MJP) - 3

121711.0102/7834486.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States, that on the 13th day of November, 2019, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to all CM/ECF participants.

| Attorneys for Plaintiff: | Attorneys for Defendant Evanston Insurance Company fka Alterra Excess and Surplus Company: |
|---|---|
| Rima I. Ghandour, WSBA No. 42204<br>Ghandour Law, LLC<br>319 SW Washington Street, Suite 301<br>Portland, OR 97204<br>rima@ghandourlaw.com | Michael McCormack, WSBA No. 15006<br>Bullivant Houser Bailey PC<br>1700 Seventh Avenue, Suite 1810<br>Seattle, WA 98101-1397<br>michael.mccormack@bullivant.com |
| **Attorneys for Defendant First Mercury Insurance Company:** | **Attorneys for Defendant HDI Global Specialty SE f/k/a International Insurance Company of Hannover SE:** |
| Sam Colito, WSBA No. 42529<br>Thomas Lether, WSBA No. 18089<br>Lether & Associates, PLLC<br>1848 Westlake Avenue N., Suite 100<br>Seattle, WA 98109<br>scolito@letherlaw.com<br>tlether@letherlaw.com | Gary Sparling, WSBA No. 23208<br>Sarah E. Davenport, WSBA No. 45269<br>Soha & Lang, PS<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA 981012570<br>sparling@sohalang.com<br>davenport@sohalang.com |

DATED this 13th day of November, 2019, at Seattle, Washington.

s/ Lou Rosenkranz
Lou Rosenkranz, Legal Assistant

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANTS UNITED SPECIALTY INSURANCE COMPANY AND FIRST MERCURY INSURANCE COMPANY (Case No. 2:19-cv-01166-MJP) - 4

121711.0102/7834486.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107